```
┌──────────────────────────────────────────┐
│  ___ FILED         ___ RECEIVED           │
│  ___ ENTERED       ___ SERVED ON          │
│           COUNSEL/PARTIES OF RECORD       │
│                                           │
│              NOV 1 0 2020                 │
│                                           │
│          CLERK US DISTRICT COURT          │
│            DISTRICT OF NEVADA             │
│  BY:_____ DEPUTY        │
└──────────────────────────────────────────┘
```

**Chiefess Great Nature, as Trustee**
**of Tribal Nations United Ministries Trust**
**in care of 304 South Jones Boulevard, Suite 180**
**Las Vegas, Nevada [89101]**
**Telephone 888-243-4884**
**admin@tnu.global**

United State~ ~~~~~~~ ~~~~~~

District

Tribal Chiefess Great Nature, as Trustee of
Tribal Nations United Ministries Trust,

# 2:20-cv-02064-JAD-EJY

Mandatory Judicial Notice (Federal Evidence Rule 201)

Plaintiff,

Demand for Trial by Jury if needed.

v.

"GMC SIERRA VIN#
3GTU2NECXHG133139"
PLATE NUMBER HDS327
Misnomer HDS32T located at Ewing Bros
Towing, 1200 A Street, Las Vegas, Nevada
Defendant.

## Verified Complaint and In Rem Action for Retrieval of Property;

## And Permanent Injunctive Order.

This is an in rem action brought under "Federal Rules of Civil Procedure," Rule C and Rule E

which provides an action brought directly against a real property of interest, plaintiff's tribal

private property GMC SIERRA VIN# 3GTU2NECXHG133139, known as "tribal private truck"

or "tribal private vessel."

As well as an action for a Permanent Injunctive order for the release of plaintiff's tribal private

property, according to "Federal Rule of Civil Procedures, Rule 65".

## Jurisdictional Allegations

1. Plaintiff, the owner, is a trustee of a foreign trust, and is appointed to recover the tribal private

property as the real party of interest, according to "Federal Rule of Civil Procedure, Rule 17."

2. On November 5, 2020, the tribal private property was seized by Kenneth Mead, Donald

Graham, the Las Vegas Metropolitan Police Department, Clark County, and State of Nevada

(known as "Nevada") without plaintiff's consent.

3. The private tribal vessel was taped and sealed without a verified court order.

4. The tribal private vessel was illegally seized in Las Vegas, Nevada, a Republic.

5. It is necessary to recover the tribal private property because it is a tribal private vessel registered to an "Indian Tribal Government" as a "Non-Commercial" tribal truck that is not for hire.

6. This court has jurisdiction.

### Background Facts

7. The tribal private truck is regularly used to retrieve tribal private property and deliver it back to the tribal government.

8. The tribal private vessel has the tribal seals on both back doors along with the tribal government's crest and flag detailed on the back windows.

9. The tribal private vessel also has notice on the back window that states "Tribal Government" "Not-for-Hire" "www.tnu.global" in the middle of the tribal government's crest and flag.

### General Factual Allegations

10. At all times material to this lawsuit, plaintiff possessed the tribal private property.

11. A copy of the registration is attached as Exhibit 1.

12. At all times relevant, any persons, property or belongings inside the tribal private truck is property of the tribal government.

13. At all times relevant, plaintiff's fee schedule for any violations against plaintiff's tribal private property results in a fee of One Million Dollars (1,000,000.00) for each infringement.

15. On 5 November 2020 Ne0avda threatened to bust out windows to gain access to the tribal private truck.

16. Nevada worked in concert as SNAP Towing and Ewing Bros Towing, to illegally seize plaintiff's tribal private property without plaintiff's consent.

17. Nevada orchestrated the unauthorized entry into plaintiff's tribal private property despite plaintiff's demand for Nevada to cease and desist.

18. Nevada refused.

19. Nevada took plaintiff's non-commercial truck to an unknown location without plaintiff's consent.

20. As a direct and proximate result of Nevada's trespass, plaintiff is without their tribal private vessel which hinders services that are invaluable to number.

21. As a direct and proximate result of Nevada's trespass, plaintiff also suffered substantial money damages exceeding One Million Dollars (1,000,000.00).

22. As a proximate result of Nevada's trespass that resulted in a tow company holding plaintiff's property, plaintiff suffered a loss in the amount exceeding Three Hundred Fifty-three Dollars and Forty Cents (353.40) which accrues daily. See Exhibit 2.

Wherefore,

a. Plaintiff demands judgment for the return of the tribal private property;

b. Demands money damages against the ones who committed the illegal seizure, together with such other and further relief as the court may deem reasonable and just under the circumstances.

November 9, 2020

By: _____

Plaintiff: Chiefess Great Nature, as Trustee of
Tribal Nations United Ministries Trust.
In care of 304 South Jones Boulevard, Suite 180
Las Vegas, Nevada [89107]
Telephone 888-243-4884
admin@tnu.global

## Verification

I, Chiefess Great Nature, Trustee of Tribal Nations United Ministries Trust, hereby verify, under penalty of perjury, under the laws of the united States of America, without the "United States" (Federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and facts, so help me God, pursuant to 28 U.S.C. 1746(1). See Supremacy Clause (Constitution, Laws and Treaties are all the supreme Law of the Land).

Submitted on November 9, 2020

Without Prejudice.

By:_____

Plaintiff: Chiefess Great Nature, as Trustee of
Tribal Nations United Ministries Trust.
Expressly Reserving All Liberties

# Exhibit 1

## True and Correct Copy



Oklahoma Tax Commission
Motor Vehicle Division
2501 North Lincoln Boulevard
Oklahoma City, Oklahoma 73194-0013
www.tax.ok.gov

# Title Receipt and
# Certificate of Registration

**Printed Date** July 2, 2019 10:32:18

| | |
|---|---|
| **Letter ID** | L0736961232 |
| **Agent** | 2515 - PAULS VALLEY TAG AGENCY |

Lienholder(s):
5/21/2019 - TD AUTO FINANCE LLC



| | |
|---|---|
| **VIN** | 3GTU2NECXHG133139 |
| **TITLE #** | 810007116247 |
| **PLATE** | HDS327 |
| **DECAL** | 20E168068 |

OR TNU

MINISTRIES TRUST
2119 RIVERWALK DR
STE 196
MOORE OK 73160-2700

| VEHICLE | REGISTRATION | TITLE |
|---|---|---|
| **VIN :** 3GTU2NECXHG133139 | **Years Reg :** 3 | **Title # :** 810007116247 |
| **Year :** 2017 | **Plate :** HDS327 | **Title Action :** Transfer Title |
| **Make :** GENERAL MOTORS CORP. | **Plate Type :** Non-Commercial | **Title Type :** Standard Title |
| **Model :** SIERRA | **Decal :** 20E168068 | **Title Date :** 7/2/2019 |
| **Class :** Truck, Tractor Or Van - Non Com | **Reg Commence :** 7/2/2019 | **Title Hold(s) :** |
| **Body Type :** PK | **Reg Expires :** 5/31/2020 | **Title Brand(s) :** |
| **Color :** White | | **Odometer :** 33547 |
| | | **Odo. Brand :** Actual |
| | | **Odo. Discrepancy :** No |
| | | **Purchase Price :** $35,900.00 |
| | | **Excise Exemption :** Indian Tribal Government |
| | | **Assignment Date :** 5/21/2019 |

Subscribed and sworn to before me
on this *22* day of *Jan*, 20*20*

NOTARY PUBLIC State of OK
FRANCIE CARR
Comm. # 19004351
Expires 04-29-20*23*



aL0001

# Exhibit 2

True and Correct Copy

**Las Vegas, NV (/las-vegas-nv)**   Find Vehicle   Vehicle Sales (/las-vegas-nv/vehicle-sales-info/)   FAQs (/las-vegas-nv/faqs/)

Home (/) / Las Vegas, NV (/las-vegas-nv/) /                                       Contact Us (/las-vegas-nv/contact-us/)   Feedback (/las-vegas-nv/feedback/)

# Vehicle Details

Claims (/las-vegas-nv/claims/)

### TOW DETAILS

| | |
|---|---|
| **TR Number:** | **LLV201100018528** |
| **License:** | **HDS32T - OK** |
| **VIN:** | **•••••••••••••3139** |
| **Vehicle:** | **WHITE 2017 GMC SIERRA** |
| **Towed Date and Time:** | **11/5/20 5:18 PM** |
| **Towed By:** | **Las Vegas Metro Police Department** |
| **Towed From:** | **276 N Jones Blvd** |
| **Reason:** | **08-ARREST DRIVER ARRESTED** |
| **Status:** | **STORED - Under investigative hold** |
| **Tow Company:** | **Ewing Bros Towing** |
| | **1200 A Street, Las Vegas, NV** |
| | **702-382-9261** |
| | **Google Maps (http://maps.google.com/maps?q=1200+A+Street,Las+Vegas,NV)** |

### FEE DETAILS

| | |
|---|---|
| **Metro Cat A Storage:** | **$128.80** |
| **Metro Cat A Tow & First 10 Miles:** | **$168.00** |
| **Metro Cat A Additional Labor:** | **$31.60** |
| **Administrative Fee:** | **$25.00** |
| **Total:** | **$353.40** |

## What do you do now?

Your vehicle is stored at the vehicle storage facility (VSF) listed above. In order for your vehicle to be released, the hold placed on the vehicle by the Las Vegas Metro Police Department (LVMPD) must be removed by an authorized LVMPD representative. After the LVMPD hold is released, you must pay all of the associated towing, storage, and related fees. To determine the total amount of accumulated fees, please contact the VSF directly. Fees listed above do not include any associated sales tax and reflects storage charges at this point in time.

**Customer Service**

Find Vehicle (/las-vegas-nv/find-vehicle/)
Vehicle Sales (/las-vegas-nv/vehicle-sales-info/)
FAQs (/las-vegas-nv/faqs/)
Contact Us (/las-vegas-nv/contact-us/)
Feedback (/las-vegas-nv/feedback/)
Claims (/las-vegas-nv/claims/)

If you are unable to find your vehicle, please visit our Help Center below.