UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHIEFESS GREAT NATURE,<br><br>Plaintiff,<br><br>v.<br><br>GMC SIERRA VIN# 3GTU2NECXHG133139, PLATE NUMBER HDS327, MISNOMBER HDS32T LOCATED AT EWING BROS TOWING, 1200 A STREET, LAS VEGAS, NEVADA,<br><br>Defendant. | Case No. 2:20-cv-02064-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Time Re-Set for Serving Summons Based on Affidavit Filed March 15, 2021 (ECF No. 7). Through her Motion, Plaintiff seeks an extension of time to serve the Summons and Complaint. On March 24, 2021, the Court received notice that Plaintiff served Ewing Bros., which is referenced, but not named as a defendant in this matter. ECF No. 9

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Time Re-Set for Serving Summons Based on Affidavit Filed March 15, 2021 (ECF No. 7) is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiff shall file a motion with the Court seeking to amend the case caption of her complaint to include Ewing Bros. as a named defendant. This Motion must be filed no later than April 9, 2021.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of her Motion to Amend the Case Caption by mailing the Motion to the address at which Ewing Bros. was served. Plaintiff must mail a copy of her Motion to Ewing Bros. on the same date she files her Motion. The filed Motion must include a certificate of service showing compliance with the Court's instruction.

Dated this 25th day of March, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE