UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRIBAL CHIEFESS GREAT NATURE,<br><br>Plaintiff,<br><br>v.<br><br>EWING BROS., INC.,<br><br>Defendant. | Case No. 2:20-CV-02064-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion of Notice for Leave to File [Ob]jection based on good cause. ECF No. 26. It appears this Motion is a belated request to extend the time within which Plaintiff may file her Objection to the Court's Report and Recommendation issued on July 26, 2021 (ECF No. 25). The Objection, which Plaintiff filed on today's date (August 18, 2021) is nine days late. Plaintiff is pro se and suggests she did not receive the Report and Recommendation such that she could timely file her Objection. ECF No. 26 at 1.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion of Notice for Leave to File [Ob]jection based on good cause (ECF No. 26) is GRANTED and that the due date for the Objection to the Report and Recommendation is extended to today's date, August 18, 2021, *nunc pro tunc*.

Dated this 18th day of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE